UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TERRIA M. DEASFERNANDEZ**,

    Plaintiff,

v.                                   Case No. 4:15-cv-10391-GAD
                                      Hon. Gershwin A. Drain

**BEAUMONT HEALTH SYSTEM,
and ELLAINE RICHARDSON**,

    Defendants.
_____/

| | |
|---|---|
| Herbert A. Sanders (P43031) | John P. Hancock, Jr. (P23653) |
| The Sanders Law Firm, P.C. | Regan K. Dahle (P53975) |
| 615 Griswold | Butzel Long, a professional corporation |
| Suite 913 | 150 W. Jefferson Avenue |
| Detroit, MI 48226 | Suite 100 |
| 313.962.0099 / 313.962.0044 | Detroit, MI 48226 |
| haslawpc@gmail.com | 313.225.7000 / 313.225.7080 |
| Attorneys for Plaintiff | hancock@butzel.com |
| | dahle@butzel.com |
| | Attorneys for Defendants |
| Darryl K. Segars (P54997) | |
| Hatchett, DeWalt & Hatchett, P.L.L.C. | |
| 485 Orchard Lake Road | |
| Pontiac, MI 48341 | |
| 248.334.1587 / 248.334.9199 | |
| segarslaw@hotmail.com | |
| Attorneys for Plaintiff | |

_____/

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

This matter having come to be heard by the stipulation of the parties, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that all claims brought in the above-captioned matter are dismissed in their entirety with prejudice and without fees or costs to either party.

This Order resolves the last pending claim and closes the case.

IT IS SO ORDERED.

Dated: February 26, 2016          /s/Gershwin A Drain
                                  U.S. District Court Judge


**APPROVED AS TO FORM AND SUBSTANCE**:


/s/Herbert A. Sanders (w/consent)      /s/Regan K. Dahle
Herbert A. Sanders (P43031)            John P. Hancock, Jr. (P23653)
The Sanders Law Firm, P.C.             Regan K. Dahle (P53975)
Attorneys for Plaintiff                Butzel Long, a professional corporation
                                       Attorneys for Defendants


/s/Darryl K. Segars (w/consent)
Darryl K. Segars (P54997)
Hatchett, DeWalt & Hatchett, P.L.L.C.
Attorneys for Plaintiff


Dated:  February 26, 2016